UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta
JUL - 8 2015
JAMES N. HATTEN, Clerk
By: Deputy Clerk

| | |
|---|---|
| VICENTE PEREZ, EZEQUIEL MARTINEZ, and FREDY ZUNIGA<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GBS INSTALLERS, INC., a Georgia Corporation, UNITED ENTERPRISES, INC., a Georgia corporation, GERALDINE RUIS, Individually, JOHN RUIS, Individually and DEREK RUIS, Individually<br><br>　　　　Defendants. | CIVIL ACTION NO.<br>1:14-CV-2260-ODE |

ORDER

The Court having been advised by counsel for the parties that the above entitled action has been settled, this action is ADMINISTRATIVELY CLOSED subject to the right, upon good cause shown within ELEVEN (11) MONTHS, to reopen the action if required in the interests of justice.

SO ORDERED, this __7__ day of July, 2015.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE